# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOSACK, an individual, | Case No.: 3:13-cv-02793-CRB |
| Plaintiff, | ORDER |
| v. | Hearing Date: September 20, 2013<br>Hearing Time: 10:00 a.m. |
| TELETECH SERVICES CORPORATION, a Colorado Corporation; FORD MOTOR COMPANY, a Delaware Corporation; PERCEPTA, LLC., a Michigan corporation; and DOES 1 through 25. | Courtroom:    6 |
| Defendants. | |

Having read and considered the parties' Joint Motion to Amend Defendants' Motion to Dismiss Briefing Schedule, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's Opposition is now due August 29, 2013 and Defendants' reply is now due September 5, 2013.

DATED:  August 15, 2013

_____
JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1

[PROPOSED] ORDER