# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOSACK, an individual, | Case No.: 3:13-cv-02793-CRB |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| TELETECH SERVICES CORPORATION, a Colorado Corporation; FORD MOTOR COMPANY, a Delaware Corporation; PERCEPTA, LLC., a Michigan corporation; and DOES 1 through 25. | |
| Defendants. | |

Having read and considered Plaintiff's Request to Appear Telephonically at the October 11, 2013 Case Management Conference, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff may appear telephonically at the October 11, 2013, 8:30 am Case Management Conference.

DATED: October 1, 2013

_____
JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

[PROPOSED] ORDER

Create PDF files without this message by purchasing novaPDF printer (http://www.novapdf.com)